FORM 32. Response to Notice to Advise of Scheduling Conflicts
**Form 32**
**March 2023**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2025-1624

**Short Case Caption:** Epic Tech, LLC v Pen-Tech Associates, Inc.

**Party Name(s):** Pen-Tech Associates, Inc.

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

---

**Argument Waiver**    ☐ My party intends to waive oral argument.

NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form.

**Other Parties Representing Interests**

☐ Counsel for another party will represent my party's interests at oral argument

NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party.

**Name of Expected Arguing Counsel** | Richard M. Lehrer

**Dates Unavailable**

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

☑ Yes        ☐ No

If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34.

**FORM 32. Response to Notice to Advise of Scheduling Conflicts**    Form 32
March 2023

**Potential Case Conflicts**

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☐  Yes        ☑  No

If yes, attach a separate sheet listing those cases.

I certify the above information and any attached statement is complete and accurate.  I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 10/23/2025                    Signature:  /s/ Richard M. Lehrer

Name:    Richard M. Lehrer

25-1624

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

EPIC TECH, LLC,

Plaintiff-Appellee

v.

PEN-TECH ASSOCIATES, INC.,

Defendant-Appellant

Appeal from the United States District Court for the Northern District of Georgia
in 1:20-cv-02428,
Judge Victoria M. Calvert

COUNSEL'S AMENDED SCHEDULING CONFLICT DATES

Richard M. Lehrer (RL2498)
FISHERBROYLES, LLP
361 Pharr Rd. NE, Unit 113
Atlanta, GA 30305
(845) 519-9525
Richard.Lehrer@FisherBroyles.com

October 23, 2025               *Counsel for Defendant-Appellant*

I am lead litigator in the following case that is pending in the USDC NDCA *Anoxia Medical Inc. v. Alembic, LLC* 25-cv-05690-EKL

I am required to attend the following scheduled events that are identified in the Court's Case Management & Scheduling Order (Doc. 27) (Copy attached):

March 4, 2026:    I will be attending a case management conference.

April 10, 2026:    I will be participating in a Court ordered meet and confer.

May 6, 2026:    I will be traveling to, and conducting final preparation for the claim construction hearing.

May 7, 2026:    I will be participating in the claim construction hearing.

May 8, 2025:    I will be traveling back from the claim construction hearing

October 23, 2025                    /s/ Richard M. Lehrer
                                    Richard M. Lehrer (RL2498)
                                    FISHERBROYLES, LLP
                                    361 Pharr Rd. NE Unit 113
                                    Atlanta, GA 30305
                                    (845) 519-9525
                                    Richard.Lehrer@FisherBroyles.com

                                    *Counsel for Appellant*

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANOXIA MEDICAL INC.,

        Plaintiff,

    v.

ALEMBIC, LLC,

        Defendant.

Case No. 25-cv-05690-EKL

**CASE MANAGEMENT & SCHEDULING ORDER**

Having reviewed the parties' joint case management statement, ECF No. 26, the Court ORDERS as follows:

(1)    The parties shall comply with this Court's standing orders, which are available on the Court's website and in the Clerk's Office.

(2)    The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless otherwise ordered by the Court.

(3)    All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

(4)    The close of fact discovery is the date by which all discovery must be completed, including motions to compel, hearings on discovery motions, and any additional discovery resulting from orders on discovery motions. Accordingly, all discovery requests shall be served sufficiently in advance of the close of fact discovery to allow the discovering party enough time prior to the cut-off date to challenge allegedly deficient responses via motion to compel and to receive the necessary responses if the motion is granted. Depositions must be noticed at least 30 days prior to the close of fact discovery.

(5)     A further case management conference is scheduled for March 4, 2026, at 1:30 p.m. via Zoom video.  An updated joint case management statement is due fourteen days before the case management conference.  The statement need not repeat the information in previous statements.

(6)     This case has been referred to Magistrate Judge van Keulen for a settlement conference to be completed by February 12, 2026.  ECF No. 24.

IT IS FURTHER ORDERED that a claim construction tutorial is scheduled for April 28, 2026, at 2:00 p.m. via Zoom video.  A claim construction hearing is scheduled for May 7, 2026, at 2:00 p.m. in person.  The Court adopts the parties' proposal regarding the duration of the tutorial (90 minutes divided equally, with Plaintiff proceeding first) and the hearing (three hours divided equally).  *See* ECF No. 26 at 7.  The parties shall continue to meet and confer regarding the format, scope, and content of both the tutorial and the claim construction hearing, including but not limited to the permissible subjects of discussion at each, whether experts will testify, and what audio-visual equipment, if any, will be needed by the parties.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Infringement Contentions & Accompanying Production<br>Patent L.R. 3-1 & 3-2 | October 29, 2025 |
| Invalidity Contentions & Accompanying Production<br>Patent L.R. 3-3 & 3-4 | December 1, 2025 |
| Exchange of Terms for Construction<br>Patent L.R. 4-1 | December 15, 2025 |
| Deadline to request leave to amend pleadings per Fed. R. Civ. P. 15 | December 15, 2025 |
| Exchange of Preliminary Constructions and Extrinsic Evidence<br>Patent L.R. 4-2 | January 12, 2026 |
| Plaintiff's Damages Contentions<br>Patent L.R. 3-8 | January 20, 2026 |
| Joint Claim Construction & Prehearing Statement<br>Patent L.R. 4-3 | January 30, 2026 |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Defendants' Responsive Damages Contentions<br>Patent L.R. 3-9 | February 9, 2026 |
|---|---|
| Deadline to Complete Initial ADR Session | February 12, 2026 |
| Completion of Claim Construction Discovery<br>Patent L.R. 4-4 | March 2, 2026 |
| Further Case Management Conference | March 4, 2026 |
| Plaintiff's Opening Claim Construction Brief<br>Patent L.R. 4-5(a) | March 16, 2026 |
| Defendants' Responsive Claim Construction Brief<br>Patent L.R. 4-5(b) | March 30, 2026 |
| Plaintiff's Reply Claim Construction Brief<br>Patent L.R. 4-5(c) | April 6, 2026 |
| Meet and Confer Regarding Damages Contentions<br>Patent L.R. 3-10 | April 10, 2026 |
| Claim Construction Tutorial | April 28, 2026 |
| Claim Construction Hearing<br>Patent L.R. 4-6 | May 7, 2026 |

The parties may not modify these dates without leave of court. Civil L.R. 6-1(b); Fed. R. Civ. P. 16(b)(4). Additional case deadlines will be set at a case management conference to be held after the Court's claim construction ruling.

**IT IS SO ORDERED.**

Dated: October 2, 2025

Eumi K. Lee
United States District Judge

3

CERTIFICATE OF SERVICE

**Case Number:**        25-1624

**Short Case Caption:**   Epic Tech, LLC v. Pen-Tech Associates, Inc.

I hereby certify that on October 23, 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which automatically will send an electronic mail notification to the following attorneys of record:

L. Clint Crosby
ccrosby@bakerdonelson.com
Bishop Tyler
tbishop@bakerdonelson.com
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC

/s/ Richard Lehrer
Richard Lehrer (RL2498)