# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 25-1624

**Short Case Caption:** Epic Tech, LLC v. Pen-Tech Associates, Inc.

**Party Name(s):** Epic Tech, LLC

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

**Argument Waiver**    ☐  My party intends to waive oral argument.

NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form.

**Other Parties Representing Interests**

☐  Counsel for another party will represent my party's interests at oral argument

NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party.

**Name of Expected Arguing Counsel** | L. Clint Crosby

**Dates Unavailable**

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

☑ Yes         ☐  No

If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34.

**FORM 32. Response to Notice to Advise of Scheduling Conflicts**                    **Form 32**
                                                                                    **March 2023**

---

**Potential Case Conflicts**

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☐ Yes          ☑ No

If yes, attach a separate sheet listing those cases.

---

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 10/29/2025                    Signature: /s/ L. Clint Crosby

                                    Name: L. Clint Crosby

25-1624

IN THE
United States Court of Appeals
for the Federal Circuit

_____

**EPIC TECH, LLC,**

*Plaintiff-Appellee*

**v.**

**PEN-TECH ASSOCIATES, INC.**

*Defendant-Appellant*

_____

On Appeal from the United States District Court for the Northern District of
Georgia, No. 1:20-cv-02428
Judge Victoria M. Calvert

_____

**RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS**
_____

L. Clint Crosby
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
3414 Peachtree Rd. N.E. Ste. 1500
Atlanta, GA 30326
404-577-6000
ccrosby@bakerdonelson.com


**October 29, 2025**                                             *Attorney for Appellee*

Counsel for Appellee is scheduled to attend the following:

April 6-10, 2026:        Planned family international travel.

                              Respectfully submitted,

Dated: October 29, 2025        */s/L. Clint Crosby*
                              L. Clint Crosby
                              BAKER, DONELSON, BEARMAN,
                              CALDWELL & BERKOWITZ, P.C.
                              3414 Peachtree Road, NE, Suite 1500
                              Atlanta, GA 30326
                              (678) 406-8702 (office)
                              (678) 406-8802 (fax)
                              ccrosby@bakerdonelson.com
                              *Attorney for Epic Tech, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2025, I electronically filed the foregoing ***Response to Notice to Advise of Scheduling Conflicts*** with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the CM/ECF system.

I also certify that on October 29, 2025, I caused same to be served via electronic mail to the following counsel of record:

Richard M. Lehrer (RL2498)
FISHERBROYLES, LLP
361 Pharr Rd. NE, Unit 113
Atlanta, GA 30305
Richard.Lehrer@FisherBroyles.com

Alastair J. Warr
FISHERBROYLES, LLP
203 N. LaSalle Street, #2100
Chicago, IL 60601
Alastair.Warr@FisherBroyles.com

**BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**

*/s/ L. Clint Crosby*
L. Clint Crosby
Georgia Bar No. 197877
*Attorney for Epic Tech, LLC*

2